WILLIAM S. KEILY, as Receiver, etc., Respondent, *v.* MECHANICS AND TRADERS' BANK, Appellant.

(Argued January 17, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 26, 1891, which affirmed an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and also from judgment of

---

* Reported below, 70 Hun, 211.

said General Term entered upon an order made at the June Term, 1893, which affirmed a final judgment in favor of plaintiff entered upon the report of a referee.

*Charles Strauss* for appellant.

*Morris J. Hirsch* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgments affirmed.